**IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE**

FILED IN OFFICE
2025 MAY 28 PM 3:05
LARRY L. HENRY, CLERK
BY DC

| | | |
|---|---|---|
| JANET S. ELLIOTT AND HUSBAND, ROBERT H. ELLIOTT, JR., | ) | |
| | ) | NO: 25C688 |
| Plaintiffs, | ) | |
| vs. | ) | DIVISION |
| | ) | |
| WALMART, INC INDIVIDUALLY AND D/B/A WALMART SUPERCENTER #3835, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | | |

**COMPLAINT**

Come the plaintiffs, and for their cause of action against the defendant allege as follows:

**I.**

The plaintiffs are citizens and residents of Hamilton County, TN. The defendant believed to be a domestic corporation duly organized under the laws of the State of Tennessee and operates a place of business located in Hamilton County, Chattanooga, Tennessee. The acts and omissions alleged herein occurred within Hamilton County, Chattanooga, Tennessee, so this Court has jurisdiction over this cause.

**II.**

That at all times mentioned herein, the defendant owned and operated on its premise a supermarket store known as the Wal-Mart Supercenter that was open to the general public.

**III.**

Prior to 3:00 PM on June 10, 2024, the defendant allowed a hazardous condition to exist involving its shelving, located in an area accessible to the plaintiff, Janet Elliott, and other patrons of the Wal-Mart Supercenter. The shelving was defective and posed a danger to customers, making it unsafe for use by the plaintiff and others.

EXHIBIT
B

## IV.

At said time on the aforementioned date the plaintiff, Janet Elliott, was reaching up to grab items off of the shelf when it collapsed on arm causing injury.

## V.

That the defendant knew or should have known that unless vigilance was used, the defective shelf would endanger the safety of persons using the shelf. The shelf had been defective for such a period of time preceding the injury of the plaintiff, Janet Elliott, that persons of ordinary prudence in the position of defendant should have known, and in the exercise of ordinary care had a reasonable opportunity to remedy the condition, prior to the injury sustained by the plaintiff, Janet Elliott. In spite of the defendant's notice of the presence of the defective shelf, defendant negligently failed and omitted to remove the shelf within a reasonable time or to take any precaution to prevent injury to the plaintiff, Janet Elliott. The accident and injuries herein alleged were proximately caused by the negligence of the defendant in causing and permitting the defective shelf to remain in use in failing to take reasonable precautions to prevent injury to the plaintiff, Janet Elliott.

## VI.

The plaintiff, Janet Elliott, received abrasions and contusions about her body; an injury to the cervical, thoracic, and lumbar areas of her spine; a straining, stretching, and tearing of the muscles, ligaments, and tissues in and about her spine, which have resulted in an irritation of the spinal cord and the nerve roots extending from the spinal cord; neck injury; right shoulder injury; and right wrist injury. The plaintiff also suffered an aggravation of her rheumatoid arthritis.

As a result of these injuries, the plaintiff, Janet Elliott, required medical care and treatment, incurred substantial expense, sustained a temporary total impairment of her earning capacity, and was unable to pursue her normal activities.

**VII.**

The plaintiff's injuries may be permanent so that she will require future medical care, suffer a permanent impairment of her earning capacity and will remain unable to pursue her normal activities.

**VIII.**

The plaintiff, Robert Elliott, states that because of the injuries sustained by his wife and because of the permanency of those injuries they has suffered both a temporary and permanent loss of the services, consortium and society of his wife.

**WHEREFORE,** the plaintiffs demand:

Judgment against the defendant for $250,000.00 for compensatory damages; and a jury to try the issues when joined.

RESPECTFULLY SUBMITTED,

WARREN & GRIFFIN, PC

BY: ______________________

Hank Warren BPR#: 041831
Attorney for Plaintiff
1305 Carter Street
Chattanooga, Tennessee 37402
(423) 265-4878